POMERANTZ LLP
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com

*Counsel for Plaintiff Konstantin Zeva*

[Additional Counsel on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KONSTANTIN ZEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>      v.<br><br>EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN,<br><br>            Defendants. | Case No. 2:21-cv-09859-CCC-LDW<br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Zeva v. Ebang International Holdings Inc.*, 2:21-cv-09859 (the "*Zeva* Action"), brought before the U.S. District Court for the District of New Jersey, has served an answer or motion for summary judgment;

WHEREAS, on April 8, 2021, a putative securities class action was filed in U.S. District Court for the Southern District of New York under style of *Zaker v. Ebang International Holdings Inc.*, 1:21-cv-03060 (the "*Zaker* Action"), alleging substantively identical fraud claims on behalf of the same putative class of Ebang International Holdings Inc. investors defined in the operative Complaint herein;

WHEREAS, on July 21, 2021, a Lead Plaintiff was appointed, and the Lead Plaintiff's selection of counsel approved, in the *Zaker* Action; and

WHEREAS, Plaintiff Konstantin Zeva respectfully submits that given the pendency of the substantively identical *Zaker* Action, no prejudice will result to the putative Class from the dismissal of the *Zeva* Action, and that following the appointment of a Lead Plaintiff and approval of Lead Counsel in the *Zaker* Action, maintaining the substantively identical *Zeva* Action would be at odds with judicial efficiency;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Konstantin Zeva hereby voluntarily dismisses the above-captioned *Zeva* Action, without prejudice, as to all defendants.

Dated: July 23, 2021

Respectfully submitted,

POMERANTZ LLP

*/s/ Thomas H. Przybylowski*

Thomas H. Przybylowski
Jeremy A. Lieberman
(*pro hac vice*)
J. Alexander Hood II
(*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
tprzybylowski@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff Konstantin Zeva*

**SO ORDERED**:

Honorable Julien Xavier Neals
United States District Judge
Dated: 7/28/2021